384 A.2d 241

**Janina WINKLER and Edmund Winkler, her husband, Appellants,**

v.

**SEVEN SPRINGS FARM, INC., Appellee.**

Supreme Court of Pennsylvania.

Argued March 9, 1978.

Decided April 7, 1978.

Alexander Ogle, Somerset, Seymour H. Braun, C. Joseph Recht, Pittsburgh, for appellants.

C. S. Fossee, Jr., Murovich, Reale & Fossee, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Order affirmed.